CLOSED, DOCSENT, MDL, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07-cv-03250

Merritt v. Davol, Inc. et al **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge Nancy F. Atlas
Lead case: 4:07-cv-02002
Member case: (View Member Case)
Case in other court: Kenneth M. Hoyt, 4:07-cv-02002
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 10/03/2007
Date Terminated: 11/15/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Stephen G. Merritt** represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832-372-2926
Fax: 281-538-6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3088627) filed by Stephen G. Merritt. (Attachments: # 1 Civil Cover Sheet Merritt, Stephen G.)(Alexander, David) (Entered: 10/03/2007) |
| 10/04/2007 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 1/4/2008 at 01:00 PM in Courtroom 9F before Judge Nancy F. Atlas.( Signed by Judge Nancy F. Atlas ) Parties notified.(mmapps, ) (Entered: 10/04/2007) |
| 10/18/2007 | 3 | First CERTIFICATE OF INTERESTED PARTIES by Stephen G. Merritt, filed.(Alexander, David) (Entered: 10/18/2007) |
| 10/23/2007 | | Summons Issued as to Davol, Inc., C. R. Bard, Inc., filed.(espencer, ) |

| | | |
|---|---|---|
| | | (Entered: 10/23/2007) |
| 11/08/2007 | 4 | RETURN of Service of SUMMONS Executed as to C. R. Bard, Inc. served on 11/1/2007, answer due 11/21/2007, filed.(mmapps, ) (Entered: 11/09/2007) |
| 11/08/2007 | 5 | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 11/1/2007, answer due 11/21/2007, filed.(rvazquez, ) (Entered: 11/09/2007) |
| 11/15/2007 | 6 | JPML CONDITIONAL TRANSFER ORDER (7) (certified copy) transferring case to Rhode Island to be included in MDL Docket No. 1842.() (Attachments: # 1 Letter from Rhode Island) Parties notified. (kosborne, ) (Entered: 11/15/2007) |
| 11/15/2007 | | Interdistrict transfer to District of Rhode Island. Certified copy of transfer order, certified docket sheet, and two copies of transfer letter (with a return envelope) sent by FedEx, filed. (kosborne, ) (Entered: 11/15/2007) |
| 11/15/2007 | 7 | Document(s) Sent by FedEx to District Court of Rhode Island; Tracking Number 8633 9898 5122 re: 1 Complaint, 6 Conditional Transfer Order re: 1,6, filed. (kosborne, ) (Entered: 11/16/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/21/2007 13:47:57 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:07-cv-03250 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |